# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

FV Steel and Wire Company, et al.,[1]  )   Case No. 04-22421-SVK
            Debtors.  )   (Jointly Administered)

## CERTIFICATE OF SERVICE

The undersigned, a Bankruptcy Consultant with Kurtzman Carson Consultants LLC ("KCC"), whose offices are located at 12910 Culver Boulevard, Suite I, Los Angeles, California 90066, telephone number (310) 823-9000 certifies that on November 12, 2004, she caused a copy of the following:

1. **Affidavit of No Objection to Monthly Application of Rusin Maciorowski & Friedman, Ltd. for Allowance and Payment of Compensation and Reimbursement of Expenses as Special Counsel for the Debtors for the Period September 1, 2004 Through September 30, 2004**

2. **Affidavit of No Objection to Monthly Application of the Law Offices of Joel L. Herz for Allowance and Payment of Compensation and Reimbursement of Expenses as Special Counsel for the Debtors for the Period September 1, 2004 Through September 30, 2004**

to be served via facsimile to those parties listed on Exhibit A attached hereto, via U.S. Mail to those parties listed on Exhibit B attached hereto, and via Fed Ex to those parties listed on Exhibit C attached hereto.

Dated at Los Angeles, California this 12th day of November 2004

                              _____
                              Monica Cargile

# EXHIBIT A

Exhibit A

| Name | Notice Name | Street Address 1 | Street Address 2 | Street Address 3 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| Contran Corporation | J Mark Hollingsworth | General Counsel & Vice President | 5430 LBJ Freeway Ste 1700 | | Dallas | TX | 75240 | 972-448-1445 |
| Jenner & Block | Attn Ronald R Peterson | Jeff J Marwil | Catherine L Steege | One IBM Plaza | Chicago | IL | 60611-7603 | 312-840-7381 |
| Keystone Consolidated Industries Inc | Attn David L Cheek | 7000 SW Adams St | | | Peoria | IL | 61641 | 309-697-7120 |
| Keystone Consolidated Industries Inc | Attn Bert Downing | 5430 LBJ Fwy Ste 1740 | 3 Lincoln Centre | | Dallas | TX | 75240-2697 | 972-448-1408 |
| Kirkland & Ellis LLP | Attn David Eaton | Attn Anne Huber | 200 East Randolph St | | Chicago | IL | 60601 | 312-861-2200 |
| Latham & Watkins | Stephen Tetro | Sears Tower Ste 5800 | | | Chicago | IL | 60606 | 312-993-9767 |
| Schoenberg, Fisher, Newman & Rosenberg, Ltd | Trent P Cornell | | 222 S Riverside Plaza Ste 2100 | | Chicago | IL | 60606-610 | (312) 648-1212 |

FV Steel and Wire Company, et al. (SVK)
Case No. 04-22421

Page 1 of 1

11/12/2004, 11:22 AM
00015627.XLS

Case 04-22422-svk    Doc 50    Filed 11/15/04    Page 3 of 7

# EXHIBIT B

Exhibit B

| Notice Group | Name | Notice Name | Street Address 1 | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Debtor in Possession Lenders | Latham & Watkins (Congress Financial) | J. Douglas Bacon | Sears Tower Ste 5800 | | Chicago | IL | 60606 |
| Counsel to Debtor in Possession Lenders | Rogers & Hardin LLP (Contran) | Carolyn B Dobbins | 2700 International Tower | 229 Peachtree St NE | Atlanta | GA | 30303-1601 |

FV Steel and Wire Company, et al (SVK)
Case No. 04-22421

Page 1 of 1

11/12/2004, 11:23 AM
00015627.XLS

# EXHIBIT C

Exhibit C

| Notice Group | Name | Notice Name | Street Address 1 | Street Address 2 | Street Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | United States Trustee | David Asbach | Assistant US Trustee 517 Region 11 | East Wisconsin Avenue Rm 430 | | Milwaukee | WI | 53202 |

FV Steel and Wire Company, et al. (SVK)
Case No. 04-22421

Page 1 of 1

11/12/2004, 11:24 AM
00015627.XLS

Case 04-22422-svk    Doc 50    Filed 11/15/04    Page 7 of 7